## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

**IN THE MATTER OF:**

**NEAL ALLEN MAY**
**OHIO ATTY. REG. NO. 0062317**
**RESPONDENT**

**CASE NO.: 2:16-MC-052**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**

## ORDER

**IT IS ORDERED** by this court sua sponte, that respondent is found in contempt for failure to file an affidavit showing compliance with the Court's October 20, 2016 *Order of Suspension*, (ECF No. 3).

**IT IS FURTHER ORDERED** that the Clerk shall cause a copy of this order to be published to this court's official website.

**IT IS SO ORDERED.**

2-4-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**
**SOUTHERN DISTRICT OF OHIO**